# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:10-CR-530-PMP (GWF) |
| RICHARD TRAVIS COOPER, | ) ) ) |
| Defendant. | ) |

## AMENDED FINAL ORDER OF FORFEITURE

On March 7, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RICHARD TRAVIS COOPER to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant RICHARD TRAVIS COOPER pled guilty. Docket #1, #20, #21, #24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 11, 2011, March 18, 2011, and March 25, 2011, in the *Las Vegas Review-Journal/Sun*, notifying all known third parties of their right to petition the Court. #25.

This Court finds the United States of America personally served upon Joseph Caravano, the owner of a stolen weapon which was in the possession of the defendant RICHARD TRAVIS COOPER in this case, a copy of the Preliminary Order of Forfeiture and the Notice on November 15,

1 | 2011. Joseph Caravano has not filed a petition with the Court as of January 3, 2012, and the time for
2 | filing such petitions and claims has expired. #32.

This Court finds the United States of America personally served upon Donald Harmon Klyce, the owner of a stolen weapon which was in the possession of the defendant RICHARD TRAVIS COOPER in this case, a copy of the Preliminary Order of Forfeiture and the Notice on November 17, 2011. Donald Harmon Klyce has not filed a petition with the Court as of January 3, 2012, and the time for filing such petitions and claims has expired. #32.

This Court finds no further petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Ruger, model superhawk, .44 magnum, serial number 552-22409;

    b.    a Makarov Model K-100 9mm pistol, serial number BD4696;

    c.    a Ruger, model P94, 9mm pistol, serial number 308-18788; and

    d.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _ 9th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE