# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:10-CR-530-PMP (GWF)
)
RICHARD TRAVIS COOPER, )
)
    Defendant. )

## SECOND AMENDED FINAL ORDER OF FORFEITURE

On March 7, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant RICHARD TRAVIS COOPER to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant RICHARD TRAVIS COOPER pled guilty. Docket #1, #20, #21, #22, #24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 11, 2011, March 18, 2011, and March 25, 2011, in the *Las Vegas Review-Journal/Sun*, notifying all third parties of their right to petition the Court. #25.

This Court finds the United States of America personally served upon Joseph Caravano, the owner of a stolen weapon which was in the possession of the defendant RICHARD TRAVIS COOPER in this case, a copy of the Preliminary Order of Forfeiture and the Notice on November 15,

2011. Joseph Caravano has not filed a petition with the Court as of January 3, 2012, and the time for filing such petitions and claims has expired. #32.

This Court finds the United States of America personally served upon Donald Harmon Klyce, the owner of a stolen weapon which was in the possession of the defendant RICHARD TRAVIS COOPER in this case, a copy of the Preliminary Order of Forfeiture and the Notice on November 17, 2011. Donald Harmon Klyce has not filed a petition with the Court as of January 3, 2012, and the time for filing such petitions and claims has expired. #32.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a. a Ruger, model superhawk, .44 magnum, serial number 552-22409;

    b. a Makarov Model K-100 9mm pistol, serial number BS4696;

    c. a Ruger, model P94, 9mm pistol, serial number 308-18788; and

    d. any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __ 10th day of February, 2012.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Second Amended Final Order of Forfeiture on February 10, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Rene Valladares
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Rene_Valladares@fd.org
Counsel for the Defendant Richard Travis Cooper

Paul Riddle
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for the Defendant Richard Travis Cooper

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal